UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER, | CASE NO.: |
| Plaintiff, | |
| | RULE 7.1 |
| | DISCLOSURE STATEMENT |
| - against - | |
| | **08 CIV. 1607** |
| LEXINGTON INSURANCE COMPANY, | |
| Defendant. | |

RECEIVED FEB 19 2008 USDC-WP-SDNY

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff MONTEFIORE MEDICAL CENTER, (a private non-governmental party) certifies that the following there are no corporate parents, affiliates and/or subsidiaries of said party or any publicly-held corporation that owns 10% or more of any of those plaintiffs' stock.

Dated:  New York, New York
        February 15, 2008

WEG AND MYERS, P.C.

By: _____
Dennis D'Antonio (DD0973)
Attorneys for Plaintiff
MONTEFIORE MEDICAL CENTER
52 Duane Street, Second Floor
New York, NY 10007
(212) 227-4210 phone
(212) 349-6702 fax

*Weg and Myers, P.C.*
ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET
NEW YORK, N.Y.
10007