*LGM 14,5,*

08-103

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK **MEMO ENDORSED**
--------------------------------------------------------X

MONTEFIORE MEDICAL CENTER

Case No. 08-CIV- 1607 *(GEL)*

                              Plaintiff,      **NOTICE OF**
                                              **DISMISSAL**

                    v.

LEXINGTON INSURANCE COMPANY,

                              Defendant,
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

    Plaintiffs, by their attorneys, WEG AND MYERS, P.C., hereby dismiss the above

captioned action without prejudice.

Dated:  New York, New York
        April 9, 2008

                                        WEG AND MYERS, P.C.

                            By:    _____
                                   Joshua L. Mallin (JM0474)
                                   Attorneys for Plaintiff
                                   Federal Plaza
                                   52 Duane Street, Second Floor
                                   New York, New York 10007
                                   (212) 227-4210


                            SO ORDERED:

                            _____
                                   U.S.D.J.
                            4/10/08